**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**MARVIN BROWN,**

Plaintiff-Appellant,

v.                                                                                    **No.** 29,190

**STANLEY MOYA, JAMES LOPEZ DWAYNE SANTISTEVAN, CARLOS VALDEZ, DAVID VIGIL, RAY TRUJILLO, T.H. HAMMONTRE, CELESTE V. CASIAS, MIKE FLORES, KEM HEULSKAMP, and OFFICE OF THE ATTORNEY GENERAL,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Daniel A. Sanchez, District Judge**

Marvin Brown
Santa Fe, NM

Pro Se Appellant

Jim Brewster, General Counsel
Diana J. Harris, Deputy General Counsel
Santa Fe, NM

for Appellees

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of

proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**ROBERT E. ROBLES, Judge**